**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREGORY GOODS,<br><br>　　　　　Plaintiff-Appellant,<br><br>　v.<br><br>D. HAMAD; et al.,<br><br>　　　　　Defendants-Appellees, | No. 19-15393<br><br>D.C. No. 2:14-cv-02580-TLN-KJN<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Troy L. Nunley, District Judge, Presiding

Submitted December 2, 2020**

Before:　WALLACE, CLIFTON, and BRESS, Circuit Judges.

California state prisoner Gregory Goods appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action alleging access-to-courts

claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a

dismissal under Fed. R. Civ. P. 12(b)(6). *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th

---

　　*　This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

　　**　The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Cir. 2010). We affirm.

The district court properly dismissed Goods's action because Goods failed to allege facts sufficient to show that he suffered an actual injury to a nonfrivolous legal claim as a result of defendants' conduct. *See Lewis v. Casey*, 518 U.S. 343, 348-53 (1996) (access-to-courts claim requires a prisoner to show that defendants' conduct caused an actual injury to a nonfrivolous legal claim).

We reject as without merit Goods's contentions regarding judicial bias.

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or documents and facts not presented to the district court. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009); *United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990).

**AFFIRMED.**